```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE APPLICATION OF                            :
                                                :       25-MC-375 (RWL)
ABDULAZZIZ ABDULLAH AL-AMODI                    :
                                                :
FOR AN ORDER PURSUANT TO 28 U.S.C.              :       ORDER
§ 1782 TO CONDUCT DISCOVERY FOR                 :
USE IN FOREIGN PROCEEDINGS                      :
                                                :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On September 2, 2025, Abdulazziz Abdullah Al-Amodi ("Applicant") filed an ex parte application ("Application") for an order pursuant to 28 U.S.C. § 1782 to conduct discovery for use in foreign proceedings. (Dkt. 1.) On September 9, 2025, the Court granted the Application and permitted the Applicant to serve two subpoenas on JP Morgan Securities LLC ("JP Morgan") and PepsiCo Inc. ("PepsiCo"). (Dkt. 12.) The Court retained jurisdiction as necessary to effectuate the terms of the subpoenas.

Since September 9, 2025, neither the Applicant, JP Morgan, PepsiCo, nor any other person or entity has sought additional relief from this Court.

Accordingly, it is ordered that the above-entitled action be, and hereby is, closed, without prejudice to reopen in the event there is a dispute about the subpoenas. The Clerk of Court is respectfully directed to terminate all pending motions, vacate all remaining conference dates and other deadlines, and close this case.

SO ORDERED:

_____

1

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 7, 2025
       New York, New York