UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
IN RE APPLICATION OF                                :
                                                    :                25-MC-375 (RWL)
*ABDULAZZIZ ABDULLAH AL-AMODI*                      :
                                                    :
FOR AN ORDER PURSUANT TO 28 U.S.C.                  :                **ORDER**
§ 1782 TO CONDUCT DISCOVERY FOR                     :
USE IN FOREIGN PROCEEDINGS                          :
                                                    :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On December 24, 2025, Applicant filed a letter motion to compel at Dkt. 14 with respect to a subpoena served on PepsiCo, Inc. ("Pepsi"). Pepsi has not filed a response. Given the limited information (identities and contact information) sought by Applicant (see Dkt. 14 at 3) as compared to the scope of what is stated in the subpoena, the Court would not be surprised if the parties have resolved the issue. In any event, by **January 12, 2026**, Pepsi shall file a response. Applicant is directed to serve a copy of this order on Pepsi's counsel via email no later than **January 6, 2026**, and to file proof of service of same by **January 7, 2026**.

SO ORDERED:

_____

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:  January 5, 2026
        New York, New York