UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
IN RE APPLICATION OF                          :
                                              :           25-MC-375 (RWL)
*ABDULAZZIZ ABDULLAH AL-AMODI*                :
                                              :
FOR AN ORDER PURSUANT TO 28 U.S.C.  :           **ORDER**
§ 1782 TO CONDUCT DISCOVERY FOR               :
USE IN FOREIGN PROCEEDINGS                    :
                                              :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed at the conference held on January 22, 2026, via Microsoft Teams,

by January 29, 2026, PepsiCo. shall inquire within as to the identity of the "custodian"

bank and, if identified, provide that information to Plaintiff.

The Clerk of Court is respectfully directed to terminate the letter motion at Dkt.

14.

SO ORDERED:

_____

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:  January 22, 2026
         New York, New York

1