UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

IN RE APPLICATION OF                                 :

                                                     :

*ABDULAZZIZ ABDULLAH AL-AMODI*         :                    25-MC-375 (RWL)

                                                     :

FOR AN ORDER PURSUANT TO 28 U.S.C.    :
§ 1782 TO CONDUCT DISCOVERY FOR       :                    **ORDER**
USE IN FOREIGN PROCEEDINGS              :

                                                     :

                                                     :

----------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Applicant filed a letter motion to compel with respect to PepsiCo on April 23, 2026.

No response from PepsiCo has been filed.  Accordingly, PepsiCo shall file a response by

**May 7, 2026**.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 30, 2026
        New York, New York

Copies transmitted this date to all counsel of record.

1